In the Matter of SHELLFISH, INC., Appellant, v NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION et al., Respondents.

Submitted November 8, 2010; decided January 18, 2011

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

DAVID J. SMITH, Respondent, v NIAGARA FRONTIER TRANSIT METRO SYSTEM, INC., et al., Appellants.

Submitted November 15, 2010; decided January 18, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

DOUGLAS WARNEY, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 114826.)

Submitted January 10, 2011; decided January 18, 2011

Motion by Innocence Network for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.